**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE, | ) NO. EDCV 11-804-R (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| A. THOMPSON (CDCR), | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  May 27, 2011 .

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE